■

**A.D.H.**

v.

**M.H.**

**2458 EDA 2016**

Superior Court of Pennsylvania.

03/09/2017

A06–15–60073–C (Bucks)

Vacated/Remanded

■

**EISBACHER, A.**

v.

**MAYTAG CORP.**

**1163 MDA 2015**

Superior Court of Pennsylvania.

03/09/2017

08–CV–1534 (Lackawanna)

Vacated/Remanded

■

**COM.**

v.

**ROTH, C.**

**999 MDA 2016**

Superior Court of Pennsylvania.

03/09/2017

CP–40–CR–0001656–2015, CP–40–CR–0003079–2014 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**PETROUSKY, T.**

**1001 MDA 2016**

Superior Court of Pennsylvania.

03/09/2017

CP–54–CR–0000689–2015 (Schuylkill)

Affirmed

■

**IN RE: ADOPTION OF: N.R., a Minor**

**1006 MDA 2016**

Superior Court of Pennsylvania.

Filed 03/09/2017

2015–0027a (York)

Affirmed

